UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH OZORMOOR,                                    Case No. 25-cv-10710

      Plaintiff,                                       Hon. F. Kay Behm
v.                                                  United States District Judge

METROPILITAN LIFE
INSURANCE COMPANY
(METLIFE),

      Defendant.
_____ /

## JUDGMENT

**IT IS ORDERED AND ADJUDGED** that pursuant to the court's

order entered on this same day, Plaintiff's complaint is **DISMISSED WITH**

**PREJUDICE**.  Reasonable expenses, fees, and costs are awarded to

Defendant in accordance with the terms of that order.

      **SO ORDERED**.

Date: April 30, 2026                    s/F. Kay Behm
                                        F. Kay Behm
                                        United States District Judge

1